IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AN'TONIO LONELL BARNES					PLAINTIFF

VERSUS					CIVIL ACTION NO. 5:09cv178-DCB-MTP

CORRECTIONS CORPORATION OF AMERICA					DEFENDANT

## ORDER ON MOTIONS

THIS MATTER is before the court on a Motion [17] to Summon Witnesses in Support of a Civil Action Claim, Motion [18] to Produce Documentation and Motion [19] to Sequester Evidence in Support of a Civil Action Claim, filed by Plaintiff. In the motions, Plaintiff seeks the production and preservation of certain documents and witness statements. However, this case is still in the screening stage, and no discovery and/or scheduling order has been entered. Indeed, the case is scheduled for an omnibus hearing on April 27, 2010, at which time the court will, *inter alia*, discuss the parties' discovery requests and set parameters and deadlines for discovery.[1] *See* [15]. Accordingly, the instant motions are premature.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion [17] to Summon Witnesses in Support of a Civil Action Claim, Motion [18] to Produce Documentation and Motion [19] to Sequester Evidence in Support of a Civil Action Claim are denied.

SO ORDERED and ADJUDGED this the 13th day of April, 2010.

					s/ Michael T. Parker
					United States Magistrate Judge

---

[1] As directed by the court in the Order [15] Setting Omnibus Hearing, the parties should be "prepared to discuss and identify any and all discovery requests or issues at the hearing."